# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Shawn Canada,

               Case No. 21-cv-2273 (SRN/KMM)

   Plaintiff,

v.                 **ORDER**

Brenda Kroening,

   Defendant.

This matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez dated October 21, 2021 [Doc. No. 3]. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

  **IT IS HEREBY ORDERED THAT**:

1. Mr. Canada's FOIA request [Doc. No. 1] is **DISMISSED** for lack of jurisdiction, or alternatively for failure to state a claim.

2. Mr. Canada's request to proceed in forma pauperis [Doc. No. 2] is **DENIED** as moot.

  LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:  November 23, 2021

              s/Susan Richard Nelson
              SUSAN RICHARD NELSON
              United States District Judge